**Gabriel SALAZAR–VIRAMONTES, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 13–2232.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2014.

Filed: March 14, 2014.

Jonathan Willmoth, Willmoth Immigration Law, LLC, Kansas City, MO, for Petitioner.

Jeffrey Bernstein, Karen Yolanda Drummond, Richard M. Evans, Margaret Anne O'Donnell, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

PER CURIAM.

Mexican citizen Gabriel Salazar–Viramontes petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision denying him withholding of removal.[1] After careful consideration of the petition, we find no basis for reversal. *See Ming Ming Wijono v. Gonzales,* 439 F.3d 868, 872 (8th Cir.2006). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

---

1. Salazar–Viramontes was also denied asylum and relief under the Convention Against Torture, but he does not address these claims in his brief. *See Chay–Velasquez v. Ashcroft,* 367 F.3d 751, 756 (8th Cir.2004) (petitioner waives claim that is not meaningfully raised in opening brief).